1048

THE STATE OF WASHINGTON, *Respondent*, v. CHARLES
DAN TAYLOR, *Appellant*.

Appeal from a judgment of the Superior Court for
Clallam County, No. 6276, Gerald B. Chamberlin, J.,
entered June 17, 1982. *Affirmed as modified* by
unpublished opinion per Petrie, J. Pro Tem., concurred in
by Worswick, C.J., and Petrich, J.

THE STATE OF WASHINGTON, *Respondent*, v. TERRY
D. BRADY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 83–1–00005–8, Robert J. Bryan, J., entered
July 16, 1983. *Dismissed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Alexander, J.

THE STATE OF WASHINGTON, *Respondent*, v. ELDRID
DEAN HAMRICK, *Appellant*.

Appeal from a judgment of the Superior Court for Grays
Harbor County, No. 83–1–00021–4, John H. Kirkwood, J.,
entered May 20, 1983. *Affirmed* by unpublished opinion per
Petrie, J. Pro Tem., concurred in by Worswick, C.J., and
Alexander, J.